**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRISCILIANO CRISTOBAL BONIFACIO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAMILTON PRESCRIPTIONS, INC.<br>AND 3-5 HAMILTON REALTY CORP.,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-07899-PKC-JRC<br><br>**STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Prisciliano Cristobal Bonifacio ("Plaintiff") and Defendants, Hamilton Prescriptions, Inc. and 3-5 Hamilton Realty Corp. ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action shall be **<u>DISMISSED WITH PREJUDICE</u>** against all Defendants. Each party shall bear its own costs, expenses, and attorney's fees.

Dated:　New York, New York
　　　　April 19, 2024

| **DAVID A. KAPLAN, ESQ.** | **THE MARKS LAW FIRM, P.C.** |
|---|---|
| By_____*[signature]*_____ | By_____*[signature]*_____ |
| 　David A. Kaplan, Esq. | 　Bradly G. Marks, Esq. |
| 　225 West 25th Street, 6F | 　155 East 56th Street, Suite 4H |
| 　New York, NY 10001 | 　New York, NY 10022 |
| 　Telephone: (917) 208-2105 | 　Telephone: (646) 770-3775 |
| 　*Attorneys for Defendants* | 　*Attorneys for Plaintiff* |
| 　**HAMILTON PRESCRIPTIONS, INC.** | |
| 　**AND 3-5 HAMILTON REALTY CORP.** | |